IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

------------------------------ x
JPMorgan Chase Bank, N.A.  :

                Plaintiff,  :  CIVIL ACTION NO. 5:12-CV-119-MHS

    - against -  :

DataTreasury Corporation,  :

                Defendant.  :
------------------------------ x

## FINAL JUDGMENT

Pursuant to the Agreed Stipulation of Plaintiff JPMorgan Chase Bank, N.A. ("JPMC") and Defendant DataTreasury Corporation ("DTC") dated June 2, 2015, the Court finds as follows:

(1) in light of the Court's Memorandum Opinion and Order (Docket No. 104), Order on Motion to Compel (Docket No. 108, March 25, 2014), and the Court's Memorandum Opinion and Order (Docket No. 174), DTC stipulates that it is unable to raise a genuine issue of material fact disputing JPMC's claim to damages of $69 million, and therefore JPMC is entitled to judgment as a matter of law; and

(2) JPMC and DTC have agreed to waive all timing, briefing, notice, and other procedural requirements governing motions for summary judgment under Federal Rule of Civil Procedure 56.

Because there is no genuine dispute as to any material fact, JPMC is entitled to a judgment for damages of $69 million. Accordingly, the Court enters judgment awarding JPMC damages of $69 million against DTC.

Each party shall bear its own costs and legal fees.

This is a final judgment.

Signed this 2nd day of June, 2015.

Hon. Michael H. Schneider
United States District Court Judge